**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 565 MAL 2021

         Respondent            :

                              :   Petition for Allowance of Appeal
                              :   from the Order of the Superior Court

         v.                         :

                              :

JUSTIN AHMAD CLARK,             :

                              :

         Petitioner              :

## ORDER

**PER CURIAM**

      **AND NOW**, this 7th day of June, 2022, the Petition for Allowance of Appeal is **DENIED**.